FILED

UNITED STATES DISTRICT COURT A 7 40
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

SIKORSKY AIRCRAFT CORPORATION, )
            PLAINTIFF      )     CIVIL ACTION NO.
                             )     3:03CV0214 (CFD)
v.                          )
                             )
EXXON MOBIL CORPORATION and  )
GE BETZ, INC. (f/k/a BETZ      )
DEARBORN, INC.),           )
           DEFENDANTS    )     DECEMBER 9, 2003

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule of Civil Procedure 7(e), the undersigned hereby moves this Court

for permission to withdraw her appearance in this matter. I have left the employ of the law firm

of O'Connell, Flaherty & Attmore, L.L.C. Attorneys Michael D. O'Connell and Gregory

William Piecuch of O'Connell, Flaherty & Attmore, L.L.C. have filed appearances on behalf of

Exxon Corp. and will continue to represent this Defendant.

WHEREFORE, the undersigned requests that her Motion to Withdraw her Appearance be

granted.

By: _____
    Gintare Tijunelis Grenier (ct24451)
       Email: ggrenier@wolfhorowitz.com
    Wolf, Horowitz, Etlinger & Case, LLC
    99 Pratt Street, Suite 401
    Hartford, CT 06103
    Tel. (860) 724-6667
    Fax (860) 293-1979

**NO ORAL ARGUMENT REQUESTED**

1

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, first class, this 9th day of December, 2003 to:

Steven D. Ecker, Esq.
James R. Smart, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT  06103
**(Plaintiff, Sikorsky Aircraft Corp.)**

Michael D. O'Connell, Esq.
Gregory W. Piecuch, Esq.
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT  06103
**(Defendant, Exxon Mobil Corp.)**

Kurt W. Hansson, Esq.
Paul R. Dehmel, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard, 9th Floor
Stamford, CT 06901
**(Defendant, GE Betz, Inc.)**

_____
Gintare Tijunelis Grenier

50158