UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION,<br><br>Plaintiff,<br><br>- against -<br><br>EXXON MOBIL CORPORATION and<br>GE BETZ, INC. (f/k/a/ BETZ DEARBORN, INC.),<br><br>Defendant. | CIVIL ACTION NO.<br>3:03CV0214(CFD)<br><br><br><br><br>December 12, 2003 |

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER AND REFERENCE TO ALTERNATIVE DISPUTE RESOLUTION

Pursuant to Fed. R. Civ. P. 16(b) and Local Rules 16(h) and 7(b), the parties hereby jointly move for modification of the scheduling order and for reference to alternative dispute resolution. In support of this motion, the parties hereby represent as follows:

1. The parties' Rule 26(f) report dated April 1, 2003, stated that the parties intended to conduct an initial, limited phase of discovery designed to prepare them for an early, non-binding mediation. The report stated that this pre-mediation discovery would consist of service of production requests and associated document exchanges, which would possibly be followed by service of interrogatories, if necessary to prepare the parties for mediation. The target date for the mediation was August or September 2003, and the target date for exchange of documents was June 12, 2003.

2. Due primarily to the complexity and burdensomeness of gathering and producing the

documentation responsive to each others' document requests, the task of producing documents has taken longer than anticipated. At this point, having collectively produced more than 150,000 pages of documentation, the parties will complete production by December 24, 2003. The parties do not anticipate a need to serve interrogatories prior to mediation.

    3. The parties have agreed on the selection of a mediator, David Geronemus, Esq., and the mediation is scheduled for February 24, 25, and/or 26, 2004. The parties have agreed that, with the exception of completing the outstanding document production and possibly issuing a small number of third-party subpoenas for production of documents, all other proceedings should be stayed pending completion of the mediation. If the mediation does not resolve the dispute, the parties will reconfer in regard to scheduling and propose to the Court a further discovery and case management plan.

    4. In accordance with the foregoing, and pursuant to Local Rule 16(h), the parties hereby submit the following Stipulation for Reference to ADR --

    **(a) The form of ADR procedure and the name of the ADR provider agreed upon:**

    The parties will participate in a mediation addressing the merits of this case. David Geronemus, Esq. will serve as mediator.

    **(b) The judicial proceedings to be stayed pending ADR:**

    With the exception of the matters specified in part (c) below, all other judicial proceedings will be stayed pending completion of the ADR.

    **(c) The procedures to be completed prior to ADR:**

    The parties will complete the outstanding document production, and they may issue subpoenas for production of documents addressed to third parties.

**(d) The effect of the ADR process:**

The mediation is to be non-binding.

**(e) The date for completion of the ADR process:**

The mediation is scheduled to take place on February 24, 25, and/or 26, 2004. If the case has not been fully settled by March 11, 2004, the parties will report back to the Court with a further discovery and case management proposal.

**(f) Special conditions applicable to the ADR process:**

Counsel, representatives of the parties with full authority to settle, and, if applicable, representatives of insurers with settlement authority, must attend the mediation fully prepared to make final demands or offers. Consultants providing technical assistance to counsel may attend the mediation. Consistent with Local Rule 16(h)(5), the participation of such consultants in the mediation will not constitute or result in waiver of any discovery protections or privileges applicable to such consultants or their documents.

**WHEREFORE,** plaintiff Sikorsky Aircraft Corporation and defendants Exxon Mobil Corporation and GE Betz, Inc., respectfully request that the Court amend the scheduling order for this case in accordance with the foregoing and accept the above Stipulation for Reference to ADR.

Respectfully submitted,

FOR THE PLAINTIFF,
SIKORSKY AIRCRAFT CORPORATION


By:  /s/   James R. Smart
    Steven D. Ecker, Esq. (ct03762)
    James R. Smart, Esq. (ct20982)
    Cowdery, Ecker & Murphy, L.L.C.
    750 Main Street
    Hartford, CT  06103
    Tel. (860) 278-5555
    Fax (860) 249-0012
    Email:  ecker@cemlaw.com
           jsmart@cemlaw.com



FOR THE DEFENDANT,
EXXON MOBIL CORPORATION


By:  /s/   Gregory W. Piecuch
    Michael D. O'Connell, Esq. (ct05299)
    Greg Piecuch, Esq. (ct24371)
    O'Connell, Flaherty & Attmore
    280 Trumbull Street
    Hartford, CT  06103
    Tel. (860) 548-1300
    Fax (860) 548-0023
    E-mail:  moconnell@ofalaw.com

FOR THE DEFENDANT,
GE BETZ, INC.


By:___/s/___Kurt W. Hansson_____
    Kurt W. Hansson, Esq. (ct01373)
    Paul R. Dehmel (ct23063)
    Paul, Hastings, Janofsky & Walker LLP
    1055 Washington Boulevard, 9th Floor
    Stamford, CT 06901
    Tel. (203) 961-7400
    Fax (203) 359-3031
    E-mail: kurthansson@paulhastings.com
           pauldehmel@paulhastings.com