

**FILED**
2003 DEC 19 P 2:21
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SIKORSKY AIRCRAFT CORPORATION,

    Plaintiff,

- against -

EXXON MOBIL CORPORATION and
GE BETZ, INC. (f/k/a/ BETZ DEARBORN, INC.),

    Defendant.

CIVIL ACTION NO.
3:03CV0214(CFD)

December 12, 2003

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER AND REFERENCE TO ALTERNATIVE DISPUTE RESOLUTION

Pursuant to Fed. R. Civ. P. 16(b) and Local Rules 16(h) and 7(b), the parties hereby jointly move for modification of the scheduling order and for reference to alternative dispute resolution. In support of this motion, the parties hereby represent as follows:

1. The parties' Rule 26(f) report dated April 1, 2003, stated that the parties intended to conduct an initial, limited phase of discovery designed to prepare them for an early, non-binding mediation. The report stated that this pre-mediation discovery would consist of service of production requests and associated document exchanges, which would possibly be followed by service of interrogatories, if necessary to prepare the parties for mediation. The target date for the mediation was August or September 2003, and the target date for exchange of documents was June 12, 2003.

2. Due primarily to the complexity and burdensomeness of gathering and producing the

*Granted, so ordered.*