*Granted, in absent objection. So ordered.*
*/s/ CFD 2/10/04*

**FILED**
2003 DEC -9 A 7:40
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION, )<br>          PLAINTIFF          )<br>                                            )<br>v.                                       )<br>                                          )<br>EXXON MOBIL CORPORATION and )<br>GE BETZ, INC. (f/k/a BETZ          )<br>DEARBORN, INC.),                   )<br>          DEFENDANTS    ) | CIVIL ACTION NO.<br>3:03CV0214 (CFD)<br><br><br><br><br><br><br>DECEMBER 9, 2003 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule of Civil Procedure 7(e), the undersigned hereby moves this Court for permission to withdraw her appearance in this matter. I have left the employ of the law firm of O'Connell, Flaherty & Attmore, L.L.C. Attorneys Michael D. O'Connell and Gregory William Piecuch of O'Connell, Flaherty & Attmore, L.L.C. have filed appearances on behalf of Exxon Corp. and will continue to represent this Defendant.

WHEREFORE, the undersigned requests that her Motion to Withdraw her Appearance be granted.

By: _____
Gintare Tijunelis Grenier (ct24451)
Email: ggrenier@wolfhorowitz.com
Wolf, Horowitz, Etlinger & Case, LLC
99 Pratt Street, Suite 401
Hartford, CT 06103
Tel. (860) 724-6667
Fax (860) 293-1979

**NO ORAL ARGUMENT REQUESTED**

1