UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 11  A 11: 36

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION | CIVIL ACTION NO. 3:03CV0214(CFD) |
| Plaintiff, | |
| - against - | |
| EXXON MOBIL CORPORATION and GE BETZ, INC. (f/k/a BETZ DEARBORN, INC.) | MARCH 11, 2004 |
| Defendants. | |

## STATUS REPORT AND JOINT MOTION
## FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Local Rule 7(b) and the order of the Court dated December 23, 2003, the parties hereby report on the status of this case and jointly move for modification of the scheduling order. The parties represent as follows:

1. The parties' Joint Motion for Modification of Scheduling Order and Reference To Alternative Dispute Resolution dated December 12, 2003, reported to the Court that the parties had agreed to non-binding mediation of the case before David Geronemus, Esq. The mediation was scheduled to take place on February 24, 25, and/or 26, 2004.

2. Since the submission of the parties' December 12, 2003 Joint Motion, the mediation had been rescheduled for April 1 and 2, 2004, and, at the request of defendant GE Betz, Inc., it is now to take place on May 20 and 21, 2004.

3. The parties are committed to going forward with the mediation on May 20 and 21, 2004. Plaintiff and defendant/counter-claimant Exxon Mobil Corporation have already submitted their initial mediation briefs to the mediator and the other parties. The parties are

currently preparing their response papers, which are due April 16, and the parties have agreed that any reply briefs will be circulated by May 10. No further continuance of the mediation date is anticipated.

4. In light of the foregoing, the parties jointly request continuation of the terms of the current reference to alternative dispute resolution, as originally requested in the parties' Joint Motion For Modification Of Scheduling Order And Reference To Alternative Dispute Resolution dated December 12, 2003. If the case has not been fully settled by June 9, 2004, the parties will report back to the Court with a further discovery and case management proposal.

**WHEREFORE,** plaintiff Sikorsky Aircraft Corporation and defendants Exxon Mobil Corporation and GE Betz, Inc., respectfully request that the Court amend the scheduling order for this case in accordance with the foregoing.

> Respectfully submitted,
>
> FOR THE PLAINTIFF,
> SIKORSKY AIRCRAFT CORPORATION
>
> By: _____
> Steven D. Ecker, Esq. (ct03762)
> James R. Smart, Esq. (ct20982)
> Cowdery, Ecker & Murphy, L.L.C.
> 750 Main Street
> Hartford, CT 06103
> Tel. (860) 278-5555
> Fax (860) 249-0012
> Email: ecker@cemlaw.com
>         jsmart@cemlaw.com

2

FOR THE DEFENDANT,
EXXON MOBIL CORPORATION

By: _____
Michael D. O'Connell, Esq. (ct05299)
Gregory W. Piecuch, Esq. (ct24371)
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103
Tel. (860) 548-1300
Fax (860) 548-0023
E-mail: moconnell@ofalaw.com
         gpiecuch@ofalaw.com


FOR THE DEFENDANT,
GE BETZ, INC.

By: _____   /GWP
Kurt W. Hansson, Esq. (ct01373)        with
Paul R. Dehmel (ct23063)               permission
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard, 9th Floor
Stamford, CT 06901
Tel. (203) 961-7400
Fax (203) 359-3031
E-mail: kurthansson@paulhastings.com
         pauldehmel@paulhastings.com