03cv214 status

FILED
2004 MAR 11 A 11: 36

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION | CIVIL ACTION NO. |
| Plaintiff, | 3:03CV0214(CFD) |
| - against - | |
| EXXON MOBIL CORPORATION and | |
| GE BETZ, INC. (f/k/a BETZ DEARBORN, INC.) | MARCH 11, 2004 |
| Defendants. | |

GRANTED. It is so ordered.
Christopher F. Droney U.S.D.J.
Hartford, CT 3/31/04

## STATUS REPORT AND JOINT MOTION
## FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Local Rule 7(b) and the order of the Court dated December 23, 2003, the parties hereby report on the status of this case and jointly move for modification of the scheduling order. The parties represent as follows:

1. The parties' Joint Motion for Modification of Scheduling Order and Reference To Alternative Dispute Resolution dated December 12, 2003, reported to the Court that the parties had agreed to non-binding mediation of the case before David Geronemus, Esq. The mediation was scheduled to take place on February 24, 25, and/or 26, 2004.

2. Since the submission of the parties' December 12, 2003 Joint Motion, the mediation had been rescheduled for April 1 and 2, 2004, and, at the request of defendant GE Betz, Inc., it is now to take place on May 20 and 21, 2004.

3. The parties are committed to going forward with the mediation on May 20 and 21, 2004. Plaintiff and defendant/counter-claimant Exxon Mobil Corporation have already submitted their initial mediation briefs to the mediator and the other parties. The parties are