UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION : | CIVIL ACTION NO. |
| : | 3:03CV0214(CFD) |
| Plaintiff, : | |
| : | |
| - against - : | |
| : | |
| EXXON MOBIL CORPORATION and : | |
| GE BETZ, INC. (f/k/a BETZ DEARBORN, INC.) : | JUNE 9, 2004 |
| : | |
| Defendants. : | |
| : | |

## STATUS REPORT AND JOINT MOTION
## FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Local Rule 7(b) and the order of the Court dated March 31, 2004, the parties hereby report on the status of this case and jointly move for modification of the scheduling order. The parties represent as follows:

1. Since the submission of the parties' March 11, 2004 Status Report and Joint Motion, the parties have conducted a three-day mediation before David Geronemus, Esq., starting on May 20, 2004.

2. Through the mediation sessions, the parties have reached agreement on the main points of a full settlement. The parties are in the process of working out the details of the settlement and committing the agreement to paper. The parties anticipate that the matter will be fully settled by July 25, 2004.

3. In light of the foregoing, the parties respectfully request continuation of the terms of the current reference to alternative dispute resolution, as originally requested in the parties' Joint Motion For Modification Of Scheduling Order And Reference To Alternative Dispute Resolution

dated December 12, 2003. If the case has not been fully settled by July 25, 2004, the parties will report back to the Court on the status of the case.

**WHEREFORE,** plaintiff Sikorsky Aircraft Corporation and defendants Exxon Mobil Corporation and GE Betz, Inc., respectfully request that the Court amend the scheduling order for this case in accordance with the foregoing.

>
> Respectfully submitted,
>
> FOR THE PLAINTIFF,
> SIKORSKY AIRCRAFT CORPORATION
>
> By: _____
> Steven D. Ecker, Esq. (ct03762)
> James R. Smart, Esq. (ct20982)
> Cowdery, Ecker & Murphy, L.L.C.
> 750 Main Street
> Hartford, CT  06103
> Tel. (860) 278-5555
> Fax (860) 249-0012
> Email:  ecker@cemlaw.com
>             jsmart@cemlaw.com

FOR THE DEFENDANT,
EXXON MOBIL CORPORATION

By: _____
  Michael D. O'Connell, Esq. (ct05299)
  Greg Piecuch, Esq. (ct24371)
  O'Connell, Flaherty & Attmore
  280 Trumbull Street
  Hartford, CT 06103
  Tel. (860) 548-1300
  Fax (860) 548-0023
  E-mail: moconnell@ofalaw.com


FOR THE DEFENDANT,
GE BETZ, INC.

By: _____ GWP with permission
  Kurt W. Hansson, Esq. (ct01373)
  Paul R. Dehmel (ct23063)
  Paul, Hastings, Janofsky & Walker LLP
  1055 Washington Boulevard, 9th Floor
  Stamford, CT 06901
  Tel. (203) 961-7400
  Fax (203) 359-3031
  E-mail: kurthansson@paulhastings.com
        pauldehmel@paulhastings.com