UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION : | CIVIL ACTION NO. |
| : | 3:03CV0214(CFD) |
| Plaintiff, : | |
| : | |
| - against - : | |
| : | |
| EXXON MOBIL CORPORATION and : | |
| GE BETZ, INC. (f/k/a BETZ DEARBORN, INC.) : | JULY 8, 2004 |
| : | |
| Defendants. : | |
| : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii), plaintiff Sikorsky Aircraft Corporation ("Sikorsky"), defendant and counterclaimant Exxon Mobil Corporation ("Exxon"), and defendant GE Betz, Inc. ("Betz"), by their respective attorneys, jointly present this stipulation of dismissal with prejudice, stipulating that the above action, Civil Action No3:03CV0214(CFD) (including without limitation Sikorsky's claims against Exxon and Betz and Exxon's claims against Sikorsky), may be dismissed with prejudice.

The parties have reached an agreement to settle all claims that gave rise to this lawsuit. Accordingly, the case can now be dismissed. Under the parties' settlement agreement, each party will bear its own attorneys' fees and costs.

WHEREFORE, the parties stipulate that the above action may be dismissed with prejudice.

Respectfully submitted,

FOR THE PLAINTIFF,
SIKORSKY AIRCRAFT CORPORATION

By: /s/ S.D. Ecker
Steven D. Ecker, Esq. (ct03762)
James R. Smart, Esq. (ct20982)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103
Tel. (860) 278-5555
Fax (860) 249-0012
Email: ecker@cemlaw.com
       jsmart@cemlaw.com

FOR THE DEFENDANT,
GE BETZ, INC.

By: /s/
Kurt W. Hansson, Esq. (ct01373)
Paul R. Dehmel (ct23063)
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard, 9th Floor
Stamford, CT 06901
Tel. (203) 961-7400
Fax (203) 359-3031
E-mail: kurthansson@paulhastings.com
        pauldehmel@paulhastings.com

FOR THE DEFENDANT,
EXXON MOBIL CORPORATION

By: /s/ Michael D. O'Connell
Michael D. O'Connell, Esq. (ct05299)
Greg Piecuch, Esq. (ct24371)
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT  06103
Tel. (860) 548-1300
Fax (860) 548-0023
E-mail: moconnell@ofalaw.com