UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Sikorsky Aircraft Corp

V.                                    Case Number: 3:03cv214(CFD)

Exxon Mobil Corp, etals

**ORDER**

_____**Stipulation for Dismissal of Case** Doc. # **32** - **ORDERED ACCORDINGLY**


Dated at Hartford, Connecticut, July 21, 2004.


KEVIN F. ROWE, CLERK

By: /s/bpd
_____
Bonnie P. D'Onofrio
Deputy Clerk